## Equipos de RHLM en la Cancha de Capitanes de Arecibo  Inbox



**Edwin Prado, Esq.** <pradolaw10@gmail.com>  
to Willie, Jose

Mar 29, 2023, 12:54 PM

Estimado Willie,

¿Cómo está mi querido hermano? Cuidese que de los buenos quedamos poco. Te molesto porque tengo reunión con BSN y los nuevos apoderados de Arecibo en relación a los equipos comprados e instalados en la cancha de los Capitanes de Arecibo. Necesito que me certifiques y si puedes documentes en fotos y videos esos equipos que aún permanecen en la cancha de Arecibo. Es de suma importancia en vista de que posiblemente termine en pleito judicial.

Me llamas al 787 512 5349.

Gracias!

--

*Edwin Prado, Esq.*
*Prado Núñez & Asociados, C.S.P.*

| | | |
|---|---|---|
| 403 Del Parque Suite 8. | 111 N. Orange Ave. Suite 800 | 1424 NE Miami PL |
| San Juan, PR 00912 | Orlando, FL 32801 | Miami, FL 33132 |
| (787) 977-1411 | (407) 420-7926 | (786) 245-5600 |



\* PR \* FL \* NY \*

**CONFIDENTIALITY NOTICE**

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, or distribution of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply E-Mail. Kindly delete/destroy the original transmission and its files, documents, and attachments without reading, saving, using or publishing any of them. Thank you.

---



**William Cortes** <williecortes@me.com>  
to me, Jose

Mar 30, 2023, 1:33 PM

Saludos:

Adjunto fotos del equipo tomadas hoy dia.. Todo el equipo este en coliseo y en completo funcionamiento actualmente.

CAPITANES
CAPITANES
Por el gustito
YO LO SÉ

12/18/23, 5:20 PM
Case 3:24-cv-01068-RAM Document 1-8 Filed 03/14/24 Page 4 of 13
Equipos de RAM en el Coliseo de Capitanes de Arecibo - przydlaw100@gmail.com - Gmail







12/18/23, 5:20 PM
Case 3:24-cv-01068-RAM   Document 1-8   Filed 03/14/24   Page 7 of 13
Equipos de AHUM en Cancha de Capitanes de Arecibo - pr24plaw1@gmail.com - Gmail



William Cortes
Link Productions Inc.
PMB 102 Ave. Esmeralda
405 Suite # 2
Guaynabo, PR 00969
Office: 787-781-5951
Mobile: 787-646-7616
williecortes@me.com



**Jose Gazmey** <gazmeymusic@gmail.com>  Mar 30, 2023, 1:36 PM
to William, me

Gracias Mil Willie !!

Jose Gazmey

Sent from my iPhone

> On Mar 30, 2023, at 1:33 PM, William Cortes <williecortes@me.com> wrote:
>
> Saludos:
>
> Adjunto fotos del equipo tomadas hoy dia.. Todo el equipo este en coliseo y en completo funcionamiento actualmente.
>
> <a307690c-8ad3-4cda-b0d2-8f39de7af9c7.jpg>
> <1dd16c85-1934-4ade-8cc8-c4a735433580.jpg>
> <75307aff-47f6-4ffe-9535-317e24c871cd.jpg>
> <2168068d-4e8d-447d-bf3a-a2a5935d9a7a.jpg>
> <1a3882fc-272e-43f2-8df4-2acc2dc6911c.jpg>
> <c7202613-0c3b-4d50-a59e-402054d95e5c.jpg>
>
>
> William Cortes
> Link Productions Inc.
> PMB 102 Ave. Esmeralda
> 405 Suite # 2
> Guaynabo, PR 00969
> Office: 787-781-5951
> Mobile: 787-646-7616
> williecortes@me.com
>
>
> <Link_sin_BG_textoblanco-01-01.png>

**William Cortes** <williecortes@me.com>  Mar 30, 2023, 1:47 PM
to Jose, me

Adjunto link con varías fotos del proceso de la instalación de la pantalla.

https://share.icloud.com/photos/062sNgnQD--PL9eeFzhr17JQg

Sent from my iPhone

On Mar 30, 2023, at 1:36 PM, Jose Gazmey <gazmeymusic@gmail.com> wrote:

---


**Edwin Prado, Esq.** <pradolaw10@gmail.com>                                    Mar 30, 2023, 2:23 PM
to William, Jose

Me pueden identificar los equipos con las facturas.

---


**Edwin Prado, Esq.** <pradolaw10@gmail.com>                                    Mar 30, 2023, 7:43 PM
to William, Jose

Willie,

Gracias por tu respuesta diligente! Mañana tengo reunion a las 9am en BSN. Seria mucho pedir que me correlaciones las fotos a las facturas por ejemplo

1. Score Board- 4 pantallas Precio: $275,000 instalacion 10,000   Factura LVR 1 de julio 2021

Es que quiero ir con una idea de los costos relacionados a las fotos

Gracias!

---


**William Cortes** <williecortes@me.com>                                        Mar 31, 2023, 5:19 AM
to me, Jose

Saludos Prado,

Lo que solicitas requiere mucho mas elaboración y tiempo del que actualmente tenemos para hoy.. te hago un desglose básico para que puedas entender los gastos por departamento. Igualmente te paso las facturas que tengo en mi poder de las cuales ya le había enviado do a Gazmey.

**Wichie Sound        (Equipos de Audio)**

Diagnostico de Audio Coliseo:            $     936.00 ( Verificar, Alinear & Equalizar el Equipo de Audio del Coliseo)
Compra de Equipos de Audio:             $ 15,500.00 ( Compra de Cables, Micrófonos, Consola, Monitores de Oido, Etc)

**Total Inversion Audio:       $ 15,936.00**

++++++++++++++++++++++++++++++++++++++

**(Compra Equipos Scoreboard)**

| Item | Amount |
|---|---|
| Antennas | $         77.00 |
| LVR Compra Pantallas LED | $ 293,000.00 |
| Motion Rocket Sistema de Scoreboard | $   68,436.31 |
| Video & Gráficas Pantalla Scoreboard | $     7,717.80 |
| Reparaciones & Labor Scoreboard | $     3,062.91 |
| Consola All Sports 5000 | $     1,204.20 |
| Flete Aereo Equipos | $     2,631.07 |
| Compra Materiales & Soldaduras | $     8,894.94 |
| Labor, Supervision & Logistica | $   20,000.00 |
| Diagnostico de Pantalla Central: | $        956.80 (Verificar si pantalla estaba apto para usar sistema de rigging) |
| Desmontar Pantalla Vieja: | $     6,903.00 ( Desmontar pantalla antigua Daktronics) |
| Montaje de Pantalla Nueva: | $     6,224.40 |
| Compra de Motores: | $   28,153.75 (Compra de Motores para poder subir y bajar pantalla) |

**Total Inversion Pantalla LED & Scoreboard:    $ 447,262.18**

++++++++++++++++++++++++++++++++++++++

| | |
|---|---|
| Sillas NBA para Jugadores: | $ 9,800.00 |
| Flete Sillas NBA Jugadores: | $ 6637.50 |

**Total Inversion Sillas:**     **$ 16,437.50**

## Inversion Total Audio, Video & Sillas: 479,635.68

Estos números únicamente reflejan las cosas de las cuales tuve a cargo para la compra. Hay otros gastos de inversion como la remodelación de los camerinos, y tienda de Merch que se hicieron que fuera encargados por otros.

Espero que esto te ayude y suerte.

William Cortes
Link Productions Inc.
PMB 102 Ave. Esmeralda
405 Suite # 2
Guaynabo, PR 00969
Office: 787-781-5951
Mobile: 787-646-7616
williecortes@me.com



On Mar 30, 2023, at 7:43 PM, Edwin Prado, Esq. <pradolaw10@gmail.com> wrote:

Willie,

Gracias por tu respuesta diligente! Mañana tengo reunion a las 9am en BSN. Seria mucho pedir que me correlaciones las fotos a las facturas por ejemplo

1. Score Board- 4 pantallas Precio: $275,000 instalacion 10,000   Factura LVR 1 de julio 2021

Es que quiero ir con una idea de los costos relacionados a las fotos

Gracias!

> On Thu, Mar 30, 2023 at 1:33 PM William Cortes <williecortes@me.com> wrote:
>> Saludos:
>>
>> Adjunto fotos del equipo tomadas hoy dia.. Todo el equipo este en coliseo y en completo funcionamiento actualmente.
>>
>> <a307690c-8ad3-4cda-b0d2-8f39de7af9c7.jpg><1dd16c85-1934-4ade-8cc8-c4a735433580.jpg><75307aff-47f6-4ffe-9535-317e24c871cd.jpg><2168068d-4e8d-447d-bf3a-a2a5935d9a7a.jpg><1a3882fc-272e-43f2-8df4-2acc2dc6911c.jpg><c7202613-0c3b-4d50-a59e-402054d95e5c.jpg>

William Cortes
Link Productions Inc.
PMB 102 Ave. Esmeralda
405 Suite # 2
Guaynabo, PR 00969
Office: 787-781-5951
Mobile: 787-646-7616
williecortes@me.com

<Link_sin_BG_textoblanco-01-01.png>



**Jose Gazmey** <gazmeymusic@gmail.com>     Mar 31, 2023, 8:21 AM
to William, me

Buen día,
Muchas gracias Willie .


Jose Gazmey

Sent from my iPhone

> On Mar 31, 2023, at 5:19 AM, William Cortes <williecortes@me.com> wrote:
>
> Saludos Prado,


<Link_sin_BG_textoblanco-01-01.png>



**Edwin Prado, Esq.** <pradolaw10@gmail.com>     Mar 31, 2023, 12:03 PM
to William, Jose

Gracias por tu tiempo. En ánimos de analizar una oferta transaccional te tengo una pregunta. Me puedes identificar los equipos para operar el scoreboard que estan contenido en el presupuesto de $441,214.82. Eso es la hoja electronica titulada Purchase Start Up.



**William Cortes** <williecortes@me.com>     Apr 4, 2023, 12:39 PM
to me, Jose

Saludos Prado,

Si comparas la hoja excel sheet con el desglose que te envie todo debe ser claro ya que las sumas estan detallada en ambas..

Gracias,

William Cortes
Link Productions Inc.
PMB 102 Ave. Esmeralda
405 Suite # 2
Guaynabo, PR 00969
Office: 787-781-5951
Mobile: 787-646-7616
williecortes@me.com



&lt;Link_sin_BG_textoblanco-01-01.png&gt;

 **Edwin Prado, Esq.** &lt;pradolaw10@gmail.com&gt;     Apr 4, 2023, 1:23 PM
to William, Jose

Amigo ne puedes llamar es que me imagino que no todos lis equipos listados son para operar el scoreboard. Lo que necesito identificar cuales son necesarios para ooerar el scoreboard y cuales tienen otra funcion

One attachment • Scanned by Gmail



 **William Cortes** &lt;williecortes@me.com&gt;     Apr 4, 2023, 1:35 PM
to me, Jose

Prado,

Aqui en amarillo te desgloso todo lo que es para la pantalla y scoreboard. Todo lo amarillo es lo que conllevo poder instalar la pantalla y poner todo a funcionar..

Gracias,

William Cortes
Link Productions Inc.
PMB 102 Ave. Esmeralda
405 Suite # 2
Guaynabo, PR 00969
Office: 787-781-5951

12/18/23, 5:20 PM
Case 3:24-cv-01068-RAM   Document 1-8   Filed 02/14/24   Page 13 of 13
Equipos de RML en Cantata de Capitanes de Arecibo - pr4olaw70@gmail.com - Gmail

Mobile: 787-646-7616
williecortes@me.com

<Link_sin_BG_textoblanco-01-01.png><Link_sin_BG_textoblanco-01-01.png>

**2 Attachments** • Scanned by Gmail





Budget Capitane…